**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:24-cv-81148-DMM

LAWRENCE FELTZIN,

      Plaintiff,

v.

BERTIE MANAGEMENT, LLC,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, LAWRENCE FELTZIN, and Defendant, BERTIE MANAGEMENT, LLC, hereby advise the Court that the parties have reached an agreement to settle the instant case. The parties will file a Stipulation dismissing this Action with prejudice no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this October 7, 2024.

| | |
|---|---|
| /s/ *Ramon J. Diego* | */s/ Robert T. Slatoff* |
| RAMON J. DIEGO, ESQ. | ROBERT T. SLATOFF, ESQ. |
| Florida Bar No.: 689203 | Florida Bar No.: 816116 |
| THE LAW OFFICE OF | FRANK, WEINBERG & BLACK, P.L. |
| RAMON J. DIEGO, P.A. | 1875 N.W. Corporate Boulevard |
| 5001 SW 74th Court, Suite 103 | Suite 100 |
| Miami, FL 33155 | Boca Raton, FL 33431 |
| Telephone: (305) 350-3103 | Telephone: (561) 989-0700 |
| Primary E-Mail: rdiego@lawgmp.com | E-Mail: rslatoff@fwblaw.net |
| Secondary E-Mail: ramon@rjdiegolaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this October 7, 2024.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: */s/ Ramon J. Diego*
RAMON J. DIEGO